[No. 13802–2–I.   Division One.   December 24, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. STARLIE LEA JOHNSTON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–8–02412–1, Patricia H. Aitken, J., entered September 23, 1983. *Reversed* and *dismissed* by unpub-

lished opinion per Callow, J., concurred in by Ringold and Coleman, JJ.